UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>　Plaintiff,<br><br>　v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No. 22-cv-01312 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

After reviewing the Joint Status Report, ECF No. 18, the court orders the following with regard to further proceedings in this matter:

I. <u>Scheduling.</u>

　A.　Defendant's Motion for Summary Judgment shall be filed on or before **October 10, 2023**;

　B.　Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment shall be filed on or before **November 7, 2023**;

　C.　Defendant's Reply and Opposition to Plaintiff's Motion for Summary Judgment shall be filed on or before **November 28, 2023**; and

　D.　Plaintiff's Reply shall be filed on or before **December 19, 2023**.

**The parties may not extend any of the above deadlines by stipulation; instead, the parties must seek an extension by motion. Motions to extend deadlines shall indicate whether any previous extensions were requested.**

Dated: August 15, 2023

　　　　　　　　　　　　　　　　　　　　　Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge